FILED
July 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002778291

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3266
FAX:    (559) 297-3272

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of: ) Case No.: 09-62668-A-7
)
HUGO OJEDA and ) DC No.: SAS-001
PATRICIA ANN OJEDA )
) **MOTION FOR AUTHORIZATION TO**
) **SELL PERSONAL PROPERTY**
Debtors. )
) Date:   August 13, 2010
) Time:   9:000 a.m.
) Dept:   A
) Judge:  Honorable Whitney Rimel

**TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:**

1. Sheryl A. Strain duly appointed qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on December 29, 2009 and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 2002 Toyota Camry XLE Sedan ("Camry"), mileage 90,300 Vehicle Identification No. JTDBF30K820055101 with an approximate fair market value of $6,840.00.

5. The debtors schedule listed the value of the Avalon at $7,000.00. The Trustee performed her own valuation of the Camry Sedan at $6,065.00. The debtors clamed $2,550.00 of the value of the Camry exempt under California Code §703.140.(b)(5).

6. The Trustee has received an offer from the debtors, Hugo Ojeda & Patricia Ann Ojeda, to purchase the non-exempt equity in the 2002 Toyota Camry XLE Sedan for the total sum of Three Thousand Four Hundred and 00/100 Dollars ($3,400.00) cash. The total sum of $3,400.00 has been received by the estate.

7. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the vehicle and the costs associated with taking possession of, storing, and selling the vehicle at auction. The Trustee does not believe that the estate would net a higher amount by selling the vehicle at auction.

8. The Trustee believes that sales of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, Hugo Ojeda & Patricia Ann Ojeda, for the total sum of $3,400.00.

Dated: July 14, 2010 /s/
Sheryl A. Strain
Chapter 7 Trustee